# Court of Appeals
# of the State of Georgia

ATLANTA,_ June 20, 2025_____

*The Court of Appeals hereby passes the following order:*

**A25E0140. KIM CAMILLE FLORENCE v. THE STATE OF GEORGIA.**

Upon consideration of the emergency motion filed in the above-styled case, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__06/20/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*